# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM STEELE, <br> ───────────────── <br> Full name and prison number of plaintiff(s) <br><br> v. <br><br> JESSE LANGLEY, SHERIFF OF <br> ───────────────── <br> MARENGO COUNTY, KEVIN McKINNEY, <br> ───────────────── <br> JAIL ADMINISTRATOR, MARENGO <br> ───────────────── <br> COUNTY JAIL. <br> ───────────────── <br><br> ───────────────── <br> Name of person(s) who violated your constitutional rights. (List the names of all the persons.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:06CV486-M E <br> ) (To be supplied by Clerk of <br> ) U.S. District Court) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Stamped: 2006 MAY 30 P 2:17

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (XXX)

    B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (XXX)

    C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2. Court (if federal court, name the district; if state court, name the county) _____

            MARENGO COUNTY

    3. Docket number _____

    4. Name of judge to whom case was assigned _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    6. Approximate date of filing lawsuit   05/24/06

    7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT   LIMESTONE CORRECTIONAL FACILITY

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
  MARENGO COUNTY JAIL

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                         ADDRESS

1. JESSE LANGLEY, MARENGO CO. 101 E. Coats Ave Linden, Al.
2. 36748. KEVIN McKINNEY, JAIL ADMINISTRATOR 101 E. Coats
3. Ave. Linden, Ala. 36748
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
  APRIL 30, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   SEE SHEETS ATTACHED

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

_____
_____
_____
_____
_____
_____

GROUND TWO: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____
_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

                                                                       Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on _5-26-06_____.
                      (Date)

                                  *Mr Williams James Sleece*
                                  Signature of plaintiff(s)

4

STATEMENT OF CLAIM

Plaintiff states that he was denied adequate Medical Care at the Maren-go County Jail on April 30th, 2005.

Plaintiff states that he was injury while being arrested and was hit the head with flashlight by Marengo County Police Department. Various Sick Call Slips were filled out but was not attended to by any Medical Trained person.

Plaintiff states that the jail Administrator denied him medical care, and was held in a one man cell without medical care for (30) days.

Plaintiff states that the Jail administrator at the Marengo County Jail denied him medical attention on my gaingreen foot.

Plaintiff states that he was denied medical attention on his eyes.

Plaintiff states that Marengo County Jail violated his Constitutional Rights by denying him adequate Medical care.