IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM STEELE, #126537, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-486-MEF |
| | ) | [WO] |
| | ) | |
| JESSE LANGLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This litigation is now before the court on the recommendation of the United States

Magistrate Judge entered on June 1, 2006 (Doc. #2) and after a review of the

recommendation, to which no timely objections have been filed, and after an independent

review of the entire record, the court believes that the recommendation should be and is

hereby  ADOPTED.

It is **ORDERED** that this case is hereby transferred to the United States District Court

for the Southern District of Alabama, pursuant to 28 U.S.C. § 1404[1].

Done this 26th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The plaintiff failed to file an application for leave to proceed *in forma pauperis,* nor did he submit the $350 filing fee.  However, in light of the 1996 revisions to 28 U.S.C. § 1915 and under the circumstances of this case, this court would make no ruling on the plaintiff's in forma pauperis status as the assessment and collection of any filing fee should be undertaken by the United States District Court for the Southern District of Alabama.